## APPENDIX

**Figure 1**



AR Upper & Lower Receivers

**Figure 2**



Complete AR Short-Barrel Upper Receiver

**Figure 3**



Complete AR Lower Receiver

**Figure 4**



Uncoated 80% AR Lower Receiver

**Figure 5**



80% AR Lower Receiver & Jig Kit

**Figure 6**



80% Glock Frame & Jig Kit

1

**Figure 7**



Complete Glock Frame

**Figure 8**



Complete Glock Slide

**Figure 9**



U.S. Army M4 Carbine, 14.5" barrel

**Figure 10**



Giovanni Beretta Folding Stock Pistol

**Figure 11**



Colt New Model Revolving Rifle, 15" barrel

**Figure 12**



Springfield Model 1855, 12" barrel

**Figure 13**



Winchester Model 1892, "Mare's Leg"

**Figure 14**



Marble's Game Getter, 1908

**Figure 15**

Sharp's Model 1859 Indian Blanket Gun

**Figure 16**



British Sea Service Blunderbuss, c. 1750

**Figure 17**

Wilson Blunderbuss, 11" Barrel, c. 1750

**Figure 18**



Theophilus Coach Gun, 15.9" Barrel, c. 1800-1815

**Figure 19**

AR Pistol, 10.3" barrel (top)
AR Short-Barreled Rifle, 10.3" barrel (bottom)

**Figure 20**



Mossberg 590 Shotgun, 18.5" barrel (top)
Mossberg 590 SBS, 14" barrel (middle)
Mossberg Shockwave, 14" barrel (bottom)

**Figure 21**



Remington 870, 18.5" barrel (top)
Remington 870 SBS, 14" barrel (middle)
Remington TAC-14, 14" barrel (bottom)

**Figure 22**



Remington V3 Comp. Shotgun, 22" barrel (top)
Remington V3 TAC-13, 13" barrel (bottom)

**Figure 23**



PWS AR-15 SBR, 7" barrel, with Saker silencer next to a pistol stabilizing arm brace (top)

**Figure 24**



Remington 870 SBS, 14" barrel with SilencerCo Salvo shotgun silencer

**Figure 25**



Muzzle Flash from AR-15 Rifle

**Figure 26**





Muzzle Flash without silencer (top) and with silencer (bottom)

4

**Figure 27**



**Figure 28**



**Figure 29**



Commercial Silencer Components

**Figure 30**



Suppressor with Wipe

**Figure 31**



Solvent Trap

**Figure 32**



Remington Cane Guns, c. 1858

**Figure 33**



Le Petit Protector Ring Gun, c. 1828

**Figure 34**



Montlahus Palm Pistol, c. 1880-1890.

**Figure 35**



Pocket Watch Gun, 18th Century

**Figure 36**



Umbrella Gun, 19th Century

**Figure 37**






AR Pistol with AFG (top)
AR Pistol with Brace (second)
Any Other Weapon (third)
AR Short-Barreled Rifle (bottom)

**Figure 38**





Two-Handed Pistol Shooting
Competitive Shooter (top)
Law Enforcement (middle)
Military (bottom)

**Figure 39**



Handgun with "Gas Pedal"