IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT M. MILLER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MERRICK GARLAND, Attorney General of** )<br>**the United States, in his official capacity** *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:22-cv-02579-CKK |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants Merrick Garland, Attorney General of the United States, in his official capacity; Steven Dettelbach, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in his official capacity; and ATF respectfully move this Court to dismiss Plaintiff's complaint for lack of subject matter jurisdiction. In accordance with the Court's Local Rules, this motion is accompanied by a statement of the specific points of law and authority that support the motion, and a proposed order.

Dated: November 14, 2022            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

   /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

1

Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*