IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT M. MILLER,**           )<br>                                                           )<br>       **Plaintiff,**                            )<br>                                                           )<br>**v.**                                                  )<br>                                                           )<br>**MERRICK GARLAND, Attorney General of**  )<br>**the United States, in his official capacity** *et al.*,  )<br>                                                           )<br>       **Defendants.**                        )<br>_____ ) | **Civil Action No. 1:22-cv-02579-CKK** |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully move for a one-week extension of time until December 8, 2022 to respond to Plaintiff's Motion for Expedited Discovery (Doc. No. 12) (Motion). In support of this motion, Defendants, through undersigned counsel, state the following:

1. Plaintiff filed the Motion on November 17, 2022. Under the Local Rules of this Court, a response to the complaint is presently due December 1, 2022.

2. Because of the Thanksgiving holiday next week, counsel for Defendants will be out of the office for most of the week.

3. Furthermore, because of the Thanksgiving holiday, Defendants require additional time to prepare an adequate response to the Motion, which seeks leave from the Court for Plaintiff to serve multiple requests for production of documents, interrogatories, and requests for admission on Defendants in an expedited manner.

4. Defendants therefore respectfully request a one-week extension of the current deadline to respond to the Motion until December 8, 2022.

5. One prior extension has been granted to Defendants. The requested extension will not affect any other deadline in this case.

1

6. Plaintiff does not oppose this motion, provided that Defendants do not oppose a one-week extension for Plaintiff to file his reply brief in support of the Motion. Defendants do not oppose this requested extension.

Defendants therefore respectfully request that their motion for extension of time be granted. In accordance with the Local Rules of this Court, a proposed order is attached hereto.

Dated: November 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**LOCAL CIVIL RULE 7(m) CERTIFICATION**

In accordance with Local Civil Rule 7(m), before filing this motion, Defendants conferred with Plaintiff *pro se* regarding this motion. Plaintiff represented that he does not oppose the relief sought in this motion, provided that Defendants do not oppose a one-week extension for Plaintiff to file his reply brief in support of the Motion.

       */s/ Daniel Riess*

2