# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT M. MILLER,<br>    Plaintiff<br>v.<br>MERRICK B. GARLAND, *et al.*,<br>    Defendant | Civil Action No. 22-2579 (CKK) |

## ORDER
(November 22, 2022)

On November 14, 2022, Defendants Merrick B. Garland, Steven Dettelbach, and Bureau of Alcohol, Tobacco, Firearms and Explosives filed a [11] Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509.

In accordance, this Court advises the Plaintiff that he must respond to Defendants' Motion by no later than **December 5, 2022**. If Plaintiff does not file a response, the Court will treat the motion as conceded and dismiss those parties. Defendants' reply shall be due by no later than **December 19, 2022.**

The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge