UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT M. MILLER,

        *Plaintiff,*

v.

MERRICK B. GARLAND, et al.,

        *Defendants.*

Civ. Act. No: 1:22-cv-02579-CKK

## UNOPPOSED MOTION FOR CLARIFICATION, RESET OF DEADLINES, OR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

On November 22, 2022, this Court issued *Fox Notice* (ECF 14) to Plaintiff, a pro se litigant, notifying him of his duty to oppose Defendants' *Motion to Dismiss*, ECF 11. The *Order* set a deadline for Plaintiff's opposition no later than December 5, 2022 and Defendants' reply no later than December 19, 2022. For the reasons set forth below, the Court's order creates some confusion requiring clarification. It resets a deadline already set in an order of this Court without an explanation. Plaintiff otherwise needs an extension of time to file his opposition, which Defendants have stated they will not oppose. This motion requests the Court clarify, reset deadlines, or grant an extension of time for Plaintiff to file his opposition on **January 12, 2023**.

### PROCEDURAL BACKGROUND

On October 24, 2022, Defendants requested a 45-day extension until December 15, 2022, ECF 9, to respond to Plaintiff's *Second Amended Complaint* ("*SAC*"), ECF 10. This Court granted the motion and accepted the parties' proposed timeline. Plaintiff would (and did) file his *SAC* no later than October 28, 2022. Defendants would respond no later than December 15, 2022, which they did. Plaintiff would respond to any answer or motion to dismiss no later than January 12, 2023. See *Minute Order 10/24/2022*.

November 14, 2022, Defendants unexpectedly responded to the *SAC* with a *Motion to Dismiss* ("*MTD*"), ECF 11, a month earlier than they had requested.

Plaintiff moved for expedited discovery on November 17, 2022 to gather information to respond to Defendants' *MTD*. ECF 12. Defendants filed an unopposed motion to extend the time to respond to this motion until December 8, 2022 and set a schedule for Plaintiff's reply on December 22, 2022. ECF 13. This Court granted the motion. *Minute Order 11/18/22*.

On November 22, 2022, this Court gave Plaintiff *Fox Notice*, and set the deadline for Plaintiff's opposition to the *MTD* on December 5, 2022 and Defendants' reply on December 19, 2022.

## ARGUMENT

This Court's *Order* on November 22, 2022, appears to contradict, modify, or supersede a prior order of this Court without explanation. Plaintiff requests this Court clarify whether this *Order* amends the Court's prior timeline. If this was inadvertent, Plaintiff moves this Court to reset deadlines to those deadlines this Court set in *Minute Order 10/24/2022*. If the Court intended to advance these deadlines, Plaintiff moves unopposed for an extension of time until January 12, 2023 for good cause shown below.

Plaintiff has four actions pending in this Circuit: the instant case; *Miller v. Gruenberg*, 1:21-cv-03035 (D.D.C.); *In Re Miller*, 22-1232 (D.C. Cir.); and *Miller v. Gruenberg*, 22-5256 (D.C. Cir.). Plaintiff's opposition to a motion to dismiss in 21-cv-03035 is due on December 2, 2022, which substantially overlaps his time to respond to the *MTD* in the instant case; it is nearly impossible for Plaintiff to meet both deadlines given the legal research involved. Plaintiff must move for panel rehearing and rehearing *en banc* in 22-1232 no later than December 12, 2022.

Plaintiff must respond to a motion for summary affirmance in 22-5256 no later than November 28, 2022 – just days away.

Plaintiff's *Motion to Expedite Discovery* (ECF 12), which relates directly to the *MTD*, will not be fully briefed until December 22, 2022, and will be decided thereafter by this Court.

Plaintiff has been sick for the past week, and he has done little work on any cases in reliance on the deadlines formerly set by this Court.

Like Defendants, Plaintiff has been enjoying his Thanksgiving Holiday as well as his upcoming birthday in a few days, and otherwise dealing with the burdens of being unpaid by his employer for approximately two and a half years.

## **COMPLIANCE WITH RULES AND ORDERS**

Pursuant to F.R.C.P., LCvR, and this Court's order, ECF 3; on November 22, 2022, Plaintiff met and conferred with Defendants regarding this motion. Defendants will not oppose. This is Plaintiff's first request for an extension of time except for the agreement of the parties on a briefing schedule in *Defendants' Motion for an Extension of Time*, ECF 9. Extending the time until January 12, 2023 will not materially impact the scheduling of this case because this Court has not yet held a scheduling conference. This extension will not prejudice Defendants whose relief would be delayed, if granted, only by a mere month, and Plaintiff has not yet requested preliminary relief.

## **CONCLUSION**

Plaintiff believes the advancement of the deadlines was inadvertent. To the extent they were unintentional, Plaintiff moves to reset the deadlines to those previously set by this Court. To the extent these advanced deadlines were intentional, Plaintiff requests the reasoning for the Court's decision. Plaintiff has shown good cause to extend the deadline to January 12, 2023.

Respectfully submitted,

EXECUTED November 25, 2022

*/s/ Robert M. Miller*

Robert M. Miller, Ph.D.
4094 Majestic Ln., #278
Fairfax, VA 22033
(415) 596-2444
RobMiller44@hotmail.com