UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT M. MILLER,

   *Plaintiff,*

v.

MERRICK B. GARLAND, et al.,

   *Defendants.*

Civ. Act. No: 1:22-cv-02579-CKK

## MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO MOTION TO DISMISS

On November 17, 2022, Plaintiff filed a *Motion for Expedited Discovery*, ECF 12. On November 28, 2022, this Court clarified and set/reset deadlines for Plaintiff's *Opposition to Defendants' Motion to Dismiss* ("*Opposition*") to January 12, 2023.

The *Motion for Expedited Discovery* has been fully briefed by the parties, and the parties are awaiting a decision from the Court. Plaintiff's motion for expedited discovery included a timeline that, if granted, would complete discovery before the deadline for his *Opposition*.

Plaintiff does not wish to rush this Court's decision on his motion to expedite discovery, but if the Court were to grant that motion in whole or part on or before January 12, 2023, the parties would need additional time to complete discovery before Plaintiff files his *Opposition*.

Consequently, Plaintiff requests a conditional extension of time to file his *Opposition* in the following manner:

1. If the Court does not decide on or denies in its entirety Plaintiff's *Motion to Expedite Discovery*, Plaintiff will submit his *Opposition* no later than the current deadline of January 12, 2023.

2. If the Court grants the motion to expedite discovery in whole or part, the Court will set deadlines for the completion of discovery, the deadline for any motion to compel, and the deadline for Plaintiff's *Opposition*.

3. In any event, Defendants' *Reply* will be due fourteen days after the *Opposition* is filed.

Alternatively, this Court may set or reset whatever deadlines in its sound discretion serves the Court's interests or the interests of justice and expedition.

## CONFERENCE OF THE PARTIES

On January 5, 2023, Plaintiff contacted Defendants regarding this motion. On January 6, 2023, Defendants responded:

> Defendants take no position on this motion. Defendants believe that the Court should deny Plaintiff's motion for expedited discovery for the reasons set forth in their response to that motion. However, Defendants respectfully defer to the Court's discretion regarding the sequence and timing of briefing that would be most useful for the Court's resolution of Defendants' pending motion to dismiss and Plaintiff's motion for expedited discovery.

## CONCLUSION

Based on the foregoing facts, this Court should grant this motion for extension of time to file Plaintiff's *Opposition* to Defendants' *Motion to Dismiss* pending a decision on his *Motion for Expedited Discovery*.

EXECUTED January 6, 2023.

*/s/ Robert M. Miller*

Robert M. Miller, Ph.D.
4094 Majestic Ln., #278
Fairfax, VA 22033
(415) 596-2444
RobMiller44@hotmail.com