UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT M. MILLER,

        *Plaintiff*,

v.

MERRICK B. GARLAND, et al.,

        *Defendants*.

Civ. Act. No: 1:22-cv-02579-CKK

### PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Plaintiff moves this Court to impose sanctions on Defendants under F.R.C.P. 11(c) for including irrelevant and inflammatory facts and arguments in their *Motion to Dismiss*, ECF 11, and *Defendants' Brief in Opposition to Plaintiff's Motion for Expedited Discovery*, ECF 16, for the improper purpose of prejudicing this Court against Plaintiff.

For the reasons set forth more fully in the *Brief in Support of Plaintiff's Motion for Rule 11 Sanctions*, this Court should grant the motion and impose sanctions on Defendant sufficient to deter future misconduct and Plaintiff's expenses for this motion. A proposed order is attached.

As required by F.R.C.P. 11(c), Plaintiff provided Defendants with a copy of his proposed motion and notice they had 21 days to withdraw or amend their papers.

EXECUTED January 13, 2023.

-s- *[signature]*

Robert M. Miller, Ph.D.
4094 Majestic Ln., #278
Fairfax, VA 22033
(415) 596-2444
RobMiller44@hotmail.com