IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT M. MILLER,** | ) |
| | ) Civil Action No. 1:22-cv-02579-CKK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MERRICK GARLAND, Attorney General of** | ) |
| **the United States, in his official capacity** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully move for a two-week extension of time until February 9, 2023 to file their reply brief in support of their Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 11)(Motion). In support of this motion, Defendants, through undersigned counsel, state the following:

1. Defendants' reply brief is presently due January 26, 2023.

2. Counsel for Defendants are presently drafting and filing their responses to three separate summary judgment motions, and cross-motions for summary judgment, in another case, all of which are due February 13, 2023. Defendants therefore need additional time to prepare an adequate reply brief in support of their Motion.

4. Defendants therefore respectfully request a two-week extension of the current deadline to respond to the Motion until February 9, 2022.

5. Two prior extensions have been granted to Defendants. The requested extension will not affect any other deadline in this case.

6. Plaintiff does not oppose this motion.

1

Defendants therefore respectfully request that their unopposed motion for extension of time be granted. In accordance with the Local Rules of this Court, a proposed order is attached hereto.

Dated:  January 17, 2023           Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ Daniel Riess
DANIEL RIESS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## LOCAL CIVIL RULE 7(m) CERTIFICATION

In accordance with Local Civil Rule 7(m), before filing this motion, Defendants conferred with Plaintiff *pro se* regarding this motion. Plaintiff represented that he does not oppose the relief sought in this motion.

/s/ Daniel Riess