**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT M. MILLER,<br>*Plaintiff,*<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br>*Defendants.* | Civ. Act. No: 1:22-cv-02579-CKK |

## <u>CONSENT MOTION TO SEAL DOCUMENT</u>

Plaintiff respectfully requests this Court seal Document 24-2 because it contains personal identifiers required to be redacted by LCvR 5.4(f). The exhibit, TTB Claim – Alcohol, Tobacco, and Firearms Taxes, contains bank account and trust information. Plaintiff redacted the information in Mac Preview before uploading the document to CM/ECF, but apparently during the uploading process, the redactions were removed.

Plaintiff also seeks leave to replace the sealed exhibit 24-2 with the identical document and necessary redactions. See Exhibit, ECF 25-1. Plaintiff apologizes for the inconvenience, and he will ensure this does not happen again in this case.

Plaintiff contacted Defendants on January 25, 2023. On January 26, 2023, Defendants consented to sealing the document.

Pursuant to 28 U.S.C. §1746, Plaintiff declares under penalty of perjury the foregoing is true and correct.

EXECUTED January 26, 2023.

-s- *[signature]*

Robert M. Miller, Ph.D.
*Pro se*

1