**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT M. MILLER,<br>*Plaintiff,*<br>v.<br>MERRICK B. GARLAND, et al.,<br>*Defendants*. | Civ. Act. No: 1:22-cv-02579-CKK |

## REPLY TO OBJECTION TO DENIAL OF RULE 11 SANCTIONS

On January 13, 2023, Plaintiff objected (ECF 22) to the order denying his Motion for Rule 11 sanctions (ECF 21). On January 27, 2023, Defendants filed an opposition to the objection, interpreting it as a motion for reconsideration based on the type of document Plaintiff selected when filing the objection in CM/ECF. ECF 26.

Plaintiff clarifies he did not move this Court for reconsideration, but merely objected to preserve the issue for appeal, if necessary.

In the "Available Events" for papers filed in CM/ECF for this District, there was no explicit event for "Objection." The closest descriptors to an Objection were: "Reconsideration," "Objection to Report and Recommendations," "Objection to Report and Recommendations of Special Master," "Response to Order of the Court," "and Objections to Answer to Writ."

In the Eastern District of Virginia, where Plaintiff had experience in two district court cases, the local rules of that court consider any objection to a magistrate judge's rulings a motion for reconsideration. Not finding anything in the local rules of this Court concerning objections and reconsiderations of a presiding judge, Plaintiff chose the event "Reconsideration" but entitled his brief as "OBJECTION" and did not request reconsideration in the paper.

In conclusion, Plaintiff does not expect this Court to reconsider the Motion for Rule 11 Sanctions unless any rules or orders of the Court automatically treat objections as motions for

2

reconsideration. In that case, Plaintiff relies on his Motion for Rule 11 Sanctions and his Objection,

and does not further respond to Defendants' opposition. Plaintiff understands the rules and law in

this District do not allow rearguing the matter on objection, as Defendant cited in their Opposition.

EXECUTED January 27, 2023.

-s-

Robert M. Miller, Ph.D.
4094 Majestic Ln., #278
Fairfax, VA 22033
(415) 596-2444
RobMiller44@hotmail.com