UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT M. MILLER,<br>          *Plaintiff,*<br>v.<br><br>MERRICK B. GARLAND, et al.,<br>          *Defendants.* | Civ. Act. No: 1:22-cv-02579-CKK |

**UNOPPOSED MOTION FOR SURREPLY TO**

**DEFENDANTS' MOTION TO DISMISS**

Without opposition, Plaintiff moves herein for leave to file a surreply to Defendants' *Reply* brief, ECF 29, for its *Motion to Dismiss*, ECF 11, to address an argument Defendants made for the first time in their *Reply*. The surreply is attached to this motion.

In Plaintiff's *Opposition to MTD*, ECF 19, Plaintiff clarified his complaint includes a tax refund claim. In response to Defendants' argument Plaintiff had not exhausted administrative remedies for a tax claim, Plaintiff provided new and material evidence showing he did exhaust those remedies after filing his *Opposition*. ECF 24.

In their *Reply*, Defendants noted that in Plaintiff's schedule of firearms for the tax refund, ECF 25-1, Plaintiff acquired twenty-two NFA-regulated firearms out of his forty-nine total NFA firearms through transfers from federally licensed firearms dealers that filed ATF Form 4. Defendants correctly stated that for Form 4, the transferor (seller), not the transferee (Plaintiff) pays the $200 NFA tax to the government.

Plaintiff requests leave for a surreply to demonstrate that even when the transferor paid the tax to the government, Plaintiff reimbursed the transferors for the tax. Furthermore, the surreply explains that even if a seller pays the tax without reimbursement, the buyer will still bear some of the cost of the tax, passed on to him by the seller with higher prices. Thus, the surreply is relevant both to the amount of damages and economic harm to Plaintiff for the issue of standing.

On February 17, 2023, Plaintiff contacted Defendants about this motion. On February

21, 2023, Defendants stated they will not oppose this motion.

2

     Pursuant to 28 U.S.C. §1746, Plaintiff declares under penalty of perjury the foregoing is true and correct.

EXECUTED February 23, 2022.

-s- _[signature]_

                 Robert M. Miller, Ph.D.
                 *Pro se*